No. 91–5174.  CASTILLO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5240.  CONRAD v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–5267.  PLUMES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–5296.  PERRY v. HOLMES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–5327.  DURR v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 91–5390.  SELLERS v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 91–5411.  JOSEPH v. ZACHARY MANOR NURSING HOME ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–5428.  WALL v. FIRST JERSEY-NATIONAL BANK & CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–5429.  PIRON v. DE GROOTE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–5436.  BOUSHEY v. TEXAS.  Ct. App. Tex., 13th Dist. Certiorari denied.

No. 91–5442.  THOMPSON v. NAGLE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–5444.  TOWNES v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 91–5446.  PINEDA-VELASQUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5450.  HITCHCOCK v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–5451.  MILLER v. GOEKE, SUPERINTENDENT, RENZ CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.